1
2
3
4                                               **JS-6**
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10
MARY-LISA GUILLAUME, RYAN        Case No. 2:21-cv-09289-MCS-JPR
11  ARTOLACHIPE, JESSICA
CARMELLO, CASSONDRA              **JUDGMENT**
12  CARPER, MICHAEL DOREN,
RAVEN EVANS, RYAN GARCIA,
13  MESSIAH JOHNSON, ROBERT
LAICH, BRYCE MACCHARLES, and
14  CHRISTOPHER TIJERINA,
15
16                   Plaintiffs,
17
18          v.
19  FIGHT AGE LABS, LLC, PHYTAGE
LABS LLC, and DOES 1–100,
20  inclusive,
21
22                   Defendants.
23
24
25
26
27
28
                                    1

1     Pursuant to this Court's Order Granting Defendant's Motion to Dismiss,

2     IT IS ADJUDGED that the action is dismissed without prejudice for lack of

3   personal jurisdiction. Plaintiffs shall take nothing from this action.

4

5   **IT IS SO ORDERED.**

6

7   Dated: February 25, 2022

8                                     MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28